UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| MALIBU MEDIA, LLC,  )<br>   )<br>   Plaintiff,   )<br>   )<br>v.   )<br>   )<br>JOHN DOE subscriber assigned IP address   )<br>23.116.24.247,   )<br>   )<br>   Defendant.   )<br>   ) | Civil Action Case No. 4:18-cv-02034 |

### PLAINTIFF'S NOTICE OF SETTLEMENT

**PLEASE TAKE NOTICE,** Plaintiff, Malibu Media, LLC, has settled this matter with Defendant, John Doe subscriber assigned IP address 23.116.24.247 ("Defendant") through his counsel, Robert Cashman. Upon satisfaction of the terms of the parties' settlement agreement, to which Defendant still has executor obligations, Plaintiff will dismiss Defendant from this action with prejudice.

Dated: September 13, 2018         Respectfully Submitted,

By: */s/ Paul S. Beik*
Paul S. Beik
Texas Bar No. 24054444
S.D. Tex. ID No. 642213
BEIK LAW FIRM, PLLC
8100 Washington Ave., Suite 1000
Houston, TX 77007
T: 713-869-6975
F: 713-868-2262
E-mail: paul@beiklaw.com
**ATTORNEY FOR PLAINTIFF**

1

## **CERTIFICATE OF SERVICE**

    I hereby certify that on September 13, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: */s/ Paul S. Beik*
Paul S. Beik
