IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-18-2034 |
| | § | |
| JOHN DOE, Subscriber Assigned IP | § | |
| Address 23.116.24.247, | § | |
|     Defendant. | § | |

## CONDITIONAL ORDER OF DISMISSAL

The Court has been advised that the parties have resolved their dispute. *See* Notice of Settlement [Doc. # 9]. Therefore, it is hereby

**ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE** to reinstatement of Plaintiff's claims, if any party represents to the Court on or before **November 13, 2018**, that the settlement could not be completely documented and finalized.

SIGNED at Houston, Texas, this **14th** day of **September, 2018**.

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE