## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| MALIBU MEDIA, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOHN DOE subscriber assigned IP address ) <br> 23.116.24.247, ) <br> ) <br> Defendant. ) <br> _____) | Civil Action Case No. 4:18-cv-02034 |

### PLAINTIFF'S NOTICE OF VOLUNTARY
### DISMISSAL WITH PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe, subscriber assigned IP address 23.116.24.247. ("Defendant") through his counsel.  Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses John Doe from this action with prejudice. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated:  September 27, 2018.

                                                         Respectfully submitted,

                                                         By: /s/ Paul S. Beik
                                                         Paul S. Beik
                                                         Texas Bar No. 24054444
                                                         S.D. Tex. ID No. 642213
                                                         BEIK LAW FIRM, PLLC
                                                         8100 Washington Ave., Suite 1000
                                                         Houston, TX 77007
                                                         T: 713-869-6975
                                                         F: 713-868-2262
                                                         E-mail: paul@beiklaw.com
                                                         **ATTORNEY FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

    I hereby certify that, on September 27, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                                      By: /s/ Paul S. Beik
                                                      PAUL S. BEIK