IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | § | |
|    Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-18-2034 |
| | § | |
| JOHN DOE, Subscriber Assigned IP | § | |
| Address 23.116.24.247, | § | |
|    Defendant. | § | |

## ORDER OF DISMISSAL

Pursuant to Plaintiff's Notice of Voluntary Dismissal [Doc. # 11], it is hereby

**ORDERED** that this case is **DISMISSED WITH PREJUDICE**.

SIGNED at Houston, Texas, this 27th day of **September, 2018**.

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE